```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
LAW OFFICES                         DOC #:
FREDRIC M. GOLD                     DATE FILED: 1/21/2025
A PROFESSIONAL CORPORATION
```

LAW OFFICES

# FREDRIC M. GOLD
A PROFESSIONAL CORPORATION

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740

FREDRIC M. GOLD

FAX 212.244.2258

LAURIE HOCKMAN
LEGAL ASSISTANT

www.myrailroadlawyer.net
fredricmgold@verizon.net

Via ECF

January 20, 2025

Hon. Margaret Garnett, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Scott v. LIRR
       24 cv9306 (MGG)

Dear Judge Garnett:

I would first like to apologize for the late timing of this letter and request to your Honor.

As your docket reflects, there is an initial conference in the above referenced matter scheduled for this Wednesday, January 22nd at 11:00. At this time, it would be extremely difficult for me to appear before your Honor at that date and time and I am therefore requesting an adjournment of the conference to sometime next week or thereafter.

I am further requesting that the conference be held as a phone conference as I will be having surgery this week and will be unable to travel for at least two to three weeks.

As stated, this is an initial conference and there have been no prior adjournments. There are also no presently scheduled dates that will be affected by an adjournment, should it be granted.

I have not been able to contact Mr. Keaveney, attorney for the defendant, although I am reasonably sure that he would consent to this request based upon the work that we have done together in the past.

Page Two

Hon. Margeret Garnet, USDJ
January 20, 2025

At this time, we don't anticipate that there will be any discovery disputes based upon past dealings, and we would anticipate that discovery would proceed without any problems or need for intervention from your honor.

Again, I apologize for the timing of this request and hope that it will be granted by your Honor,

If there is anything further you require, please do not hesitate to contact the undersigned on Tuesday, January 21st.

Respectfully,

Fredric M. Gold

cc:    Andrew P. Keaveney (Via ECF)
       Landman Corsi Ballaine & Ford PC
       Attorneys for Defendant

---

The Initial Pretrial Conference that was scheduled for January 22, 2025, is ADJOURNED until **Friday, January 31, 2025, at 9:30 a.m.** The conference will be a video conference via Microsoft Teams; the Teams information is below, and a direct link to the conference will be sent to counsel in advance. Counsel are directed to Rule II(A)(2) of the Court's Individual Rules & Practices regarding remote conferences. The Clerk of Court is directed to terminate Dkt. No. 13.

**Teams Meeting ID**: 252 003 324 321  //  **Passcode**: 5mk6Sy9X

SO ORDERED.  Date 1/21/2025

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE